IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02174-REB-BNB

JONATHAN LEMERY,

Plaintiff,

v.

CITY OF BOULDER,
MARK R. BECKNER, individually and in his official capacity,
RICHARD FRENCH, individually and in his official capacity,
JOHN DOE 1, and
JOHN DOE 2,

Defendants.
_____

**ORDER**
_____

This matter is before me on the defendants' **Motion to Stay Discovery Pending Resolution of Claim of Immunity** [Doc. # 24, filed 4/3/2007] (the "Motion"). The Motion is opposed.

This morning I held a hearing and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. See Rome v. Romero, 225 F.R.D. 640 (D. Colo. 2004).

Dated May 3, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge