**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02174-REB-BNB

JONATHAN LEMERY,

    Plaintiff,

v.

CITY OF BOULDER,
MARK R. BECKNER,
RICHARD FRENCH,
JOHN DOE 1, and
JOHN DOE 2,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Unopposed Motion to Stay All Proceedings Pending Appeal** [#46], filed July 16, 2007.  The motion is **GRANTED**.  All proceedings in this case are stayed pending resolution of the defendant's appeal to the United States Court of Appeals for the Tenth Circuit.  All deadlines and hearing dates are vacated, including deadlines and hearings set by Magistrate Judge Boland, and including the trial currently set for April 14, 2008.  The plaintiff shall file a status report within 15 days after the defendants' appeal is resolved by the Tenth Circuit.

    Dated:  July 17, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.