IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-02174-REB-BNB

JONATHAN LEMERY,

    Plaintiff,

v.

CITY OF BOULDER,
MARK R. BECKNER,
RICHARD FRENCH,
JOHN DOE 1, and
JOHN DOE 2,

    Defendants.

---

**ORDER DENYING MOTION FOR EXTENSION OF TIME
AND PETITION FOR PERMISSION TO APPAL**

---

**Blackburn, J.**

    This matter is before me on the following motions: 1) plaintiff's **Motion for an Extension of time To File Notice of Appeal and Petition for Permission To Appeal** [[#55], filed August 21, 2007; and 2) plaintiff's **Petition for Permission To Appeal** [#56], filed August 21, 2007. The motion and the petition are denied.

    On June 28, 2007, I entered an order on the defendants' motion for summary judgment. I granted the defendants' motion as to the plaintiff's Fourth Amendment claim, but denied the motion as to the plaintiff's substantive due process claim. I concluded that, on the current record, qualified immunity does not shield certain of the defendants from additional litigation on the plaintiff's substantive due process claim. I did not direct that judgment enter because one of the plaintiff's claims remains pending.

On July 12, 2007, the defendants filed a notice of appeal concerning the denial of their motion for summary judgment as to the substantive due process claim. Even though a final judgment has not entered, the defendants assert that they can seek appellate review of my conclusion that, on the current record, qualified immunity does not shield certain of the defendants from litigation concerning the plaintiff's substantive due process claim. On August 13, 2007, the plaintiff filed a notice of appeal concerning my order granting the defendants' motion for summary judgment as to the plaintiff's Fourth Amendment claim. Concerned that his August 13, 2007, notice of appeal may not have been timely, the plaintiff filed the present motion for extension of time to file notice of appeal.

Under FED. R. APP. P. 4(a)(1)(A) and (3), a party may file a notice of appeal within 30 days after the entry of the judgment or order from which an appeal is taken, or within 14 days after the first notice of appeal was filed in the case, whichever is later. Assuming the plaintiff has a proper basis to file a notice of appeal under the circumstances described above, the plaintiff's notice of appeal was not timely filed. It was filed more than 30 days after my summary judgment order was entered, and more than 14 days after the defendants filed their notice of appeal. Under FED. R. APP. P. 4(a)(5), I may extend the time for filing a notice of appeal on a showing of excusable neglect or good cause. The plaintiff says that if his notice of appeal was not filed timely, then the error was due to "confusion regarding the status of the appeal." *Motion*, ¶ 8. Under the circumstances of this case, I conclude that confusion regarding the status of the appeal does not constitute good cause or excusable neglect. The motion for extension of time to file notice of appeal is denied.

2

The basis for the plaintiff's Petition for Permission To Appeal is inexplicit. The petition cites no rule or other law, but argues that if the Court of Appeals hears the defendants' appeal, it would be most efficient for the Court of Appeals to hear the plaintiff's appeal at the same time because both appeals involve the same facts. The plaintiff does not seek the entry of judgment on his Fourth Amendment claim under Fed. R. Civ. P. 54(b) or certification under 28 U.S.C. § 1292(b). In his reply, the plaintiff argues that his appeal should be permitted under the doctrine of pendent appellate jurisdiction, again arguing efficiency. The plaintiff notes that the exercise of pendent appellate jurisdiction is discretionary. Based on the facts and the law cited by the plaintiff, there is no basis for me to grant the plaintiff's Petition for Permission To Appeal, and the petition is denied.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Motion for an Extension of time To File Notice of Appeal and Petition for Permission To Appeal** [[#55], filed August 21, 2007, is **DENIED**; and

2. That the plaintiff's **Petition for Permission To Appeal** [#56], filed August 21, 2007, is **DENIED**.

Dated January 15, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge