**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02174-REB-BNB

JONATHAN LEMERY,

    Plaintiff,

v.

CITY OF BOULDER,
MARK R. BECKNER,
RICHARD FRENCH,
JOHN DOE 1, and
JOHN DOE 2,

    Defendants.

---

**ORDER FOR SUPPLEMENTAL BRIEFING**

---

**Blackburn, J.**

This matter is before me *sua sponte* on the **Order & Judgment** [#67] and mandate [#68] of the United States Court of Appeals for the Tenth Circuit, filed April 14, 2009, and June 28, 2009, respectively.  I direct the parties to submit supplemental briefing on the two key issues on which the Tenth Circuit directed this court to conduct further analysis.

The Tenth Circuit concluded that the undisputed facts in the record support the conclusion that the plaintiff was seized for the purposes of his Fourth Amendment claim. ***Order & Judgment*** [#67], p. 11.  This conclusion leads to the two issues on which further analysis is necessary.  First, resolution of the Fourth Amendment claim requires an analysis of whether the seizure was unreasonable.  ***Id***.  Second, if there is evidence in the record to support the conclusion that the seizure was unreasonable, then the

court must determine whether the individual defendants are entitled to qualified immunity on the plaintiff's Fourth Amendment claim.  I direct the parties to submit supplemental briefing on these issues.

**THEREFORE, IT IS ORDERED** as follows:

1.  That on or before October 26, 2009, the defendants **SHALL FILE** a supplemental brief, limited to 15 pages, addressing (a) whether the seizure of the plaintiff was reasonable; and if so, (b) whether any individual defendant is entitled to qualified immunity; and

2.  That the deadlines for filing a response, limited to 15 pages, and a reply, limited to 8 pages, **SHALL BE** as prescribed under D.C.COLO.LCivR 7.1.C.

Dated October 5, 2009, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge