IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02174-REB-BNB

JONATHAN LEMERY,

Plaintiff,

v.

CITY OF BOULDER,
MARK R. BECKNER, individually and in his official capacity,
RICHARD FRENCH, individually and in his official capacity,
JOHN DOE 1, and
JOHN DOE 2,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved, contingent on the approval of the Boulder City Council. Accordingly,

IT IS ORDERED that on or before **March 16, 2010**, and subject to satisfaction of the contingency, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 4, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge