## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-02174-REB-BNB

JONATHAN LEMERY,

    Plaintiff,

v.

CITY OF BOULDER,
MARK R. BECKNER,
RICHARD FRENCH,
JOHN DOE 1, and
JOHN DOE 2,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss Individuals Beckner and French** [#84] filed March 3, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the plaintiff's claims against defendants, Mark R. Beckner and Richard French, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss Individuals Beckner and French** [#84] filed March 3, 2010, is **APPROVED**;

2. That plaintiff's claims against defendants, Mark R. Beckner and Richard French, are **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorney fees and costs; and

3. That defendants, Mark R. Beckner and Richard French, are **DROPPED** as parties to this action , and the caption shall be amended accordingly.

Dated March 4, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge