**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02174-REB-BNB

JONATHAN LEMERY,

    Plaintiff,

v.

CITY OF BOULDER,
JOHN DOE 1, and
JOHN DOE 2,

    Defendants.

## ORDER FOR STATUS REPORT

**Blackburn, J.**

    This matter is before the court *sua sponte*. After a settlement conference held on February 4, 2010, the magistrate judge assigned to this case reported that a settlement of all claims in this case had been reached, subject to the approval of the Boulder City Council. *Minute Entry for Settlement* [#81] filed February 4, 2010. The magistrate judge entered an order [#82] requiring the parties to file a stipulation or motion to dismiss with prejudice on or before March 16, 2010. On March 3, 2010, the plaintiff and former defendants Beckner and French filed their **Stipulation To Dismiss Individuals Beckner and French** [#84], which stipulation was approved in my order [#85], filed March 4, 2010.

    The plaintiff's claims against the City of Boulder remain pending in this case, although the filings summarized above indicate that the plaintiff's claims against the City of Boulder likely were resolved as part of the settlement. The fact that claims against

the City of Boulder remain pending triggers the application of REB Civ. Practice Standard II.I., which requires a party requesting approval of a partial settlement or dismissal to "specify the claims, counterclaims, cross-claims, defenses, or parties affected by the partial settlement and which will remain." The parties' stipulation to dismiss [#84] does not provide the information required by the this practice standard.

**THEREFORE, IT IS ORDERED** that pursuant to REB Civ. Practice Standard II.I., on or before **March 17, 2010**, the parties shall file a status report indicating the status of the plaintiff's pending claims against the City of Boulder, including a statement indicating whether or not those claims are included in the settlement reached by the parties, as reported in the magistrate judge's **Minute Entry for Settlement** [#81] filed February 4, 2010.

Dated March 11, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge